UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BARBARA MONTALVO,

    Plaintiff,

v.                                Case No. 8:08-cv-970-T-30MAP

PHILLIPS & BURNS FINANCIAL, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. #21). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on October 28, 2008.

                                          */s/ James S. Moody, Jr.*
                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2008\08-cv-970.dismissal 21.wpd